IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 21-cv-6279<br><br>Judge John Robert Blakey |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by GRUMPY CAT LIMITED against the defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail,

along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can and do purchase products bearing counterfeit versions of GRUMPY CAT trademarks and copyrights (U.S. Trademark Registration Nos. 4,907,212; 5,516,378; 4,820,434; 4,417,549; 4,672,289; 5,073,528; 4,527,097; 4,930,286 and 4,907,213 and Copyright Registration Nos. VA 1-911-607; VA 1-882-406; VA 1-963-544; VA 1-996-074; VA 2-023-702; VA 2-111-353; VA 2-134-675; VA 1-886-880; VA 1-966-135; VA 1-941-449; VA 2-008-316; VA 1-962-679; TX 8-617-793; VA 1-939-990; VA 1-899-887; VA 1-901-628; VA 1-859-983; VA 1-849-042; VA 1-849-044; and VA 1-849-043 (the "GRUMPY CAT Trademarks and Copyrights").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501),

and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the GRUMPY CAT Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GRUMPY CAT Product or is not authorized by Plaintiff to be sold in connection with the GRUMPY CAT Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GRUMPY CAT Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the GRUMPY CAT Trademarks and Copyrights;

3

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the GRUMPY CAT Trademarks and Copyrights and damaging Plaintiff's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the GRUMPY CAT Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

g. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the GRUMPY CAT Trademarks and Copyrights or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine

4

        GRUMPY CAT Product or is not authorized by Plaintiff to be sold in connection with the GRUMPY CAT Trademarks and Copyrights.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, Aliexpress, Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alipay"), VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiff's choosing:

    a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Aliexpress, Alipay, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing

5

        goods using the GRUMPY CAT Trademarks and Copyrights, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto;

b.   disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the GRUMPY CAT Trademarks and Copyrights; and

c.   take all steps necessary to prevent links to the Defendant Domain Names identified in Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4.   Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit GRUMPY CAT Trademarks and Copyrights on products sold through at least the Defendant Internet Stores.

5.   Aliexpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Aliexpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Aliexpress and Alipay are ordered to release to Plaintiff the amounts from Defaulting Defendants' Aliexpress and Alipay accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Aliexpress and Alipay in the event that any new Aliexpress and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Aliexpress and Alipay shall within five (5) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Aliexpress and Alipay accounts;

   b. Restrain and enjoin such accounts or funds that are China or Hong Kong-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' Aliexpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

   a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

   b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 1 to the Declaration of Bryan B. Bundesen and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol

Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602. This is a Final Judgment.

Dated: August 16, 2022

                                                          Entered:

                                                          _____
                                                          John Robert Blakey
                                                          United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | Shop5052063 Store |
| 2 | Shop5419301 Store |
| 3 | Shop5872373 Store |
| 4 | Shop911131206 Store |
| 5 | Shop911376201 Store |
| 6 | Shop911408030 Store |
| 7 | Shop911610382 Store |
| 8 | T-3398shirt Store |
| 9 | Teepark Store |
| 10 | T-xialiannai Store |
| 11 | Very Good T-shirt N Store |
| 12 | We Have What You Need Store |
| 13 | Yi jie jie Store |
| 14 | YOUNMLEY Home-textiles Store |
| 15 | YOUNMLEY online Store |
| 16 | Shop4969050 Store |
| 17 | Shop4991402 Store |
| 18 | Shop5015218 Store |
| 19 | Shop5030099 Store |
| 20 | Shop5044060 Store |
| 21 | Shop5045399 Store |
| 22 | Shop5046320 Store |
| 23 | Shop5076146 Store |
| 24 | Shop5108023 Store |
| 25 | Shop5149061 Store |
| 26 | Shop5241144 Store |
| 27 | Shop5244194 Store |
| 28 | Shop5247168 Store |
| 29 | shop5264196 Store |
| 30 | Shop5310001 Store |
| 31 | Shop5369273 Store |
| 32 | Shop5372132 Store |
| 33 | Shop5407063 Store |
| 34 | Shop5476051 Store |
| 35 | Shop5504063 Store |
| 36 | Shop5598174 Store |
| 37 | Shop5607077 Store |
| 38 | Shop5637037 Store |
| 39 | Shop5778026 Store |
| 40 | Shop5779147 Store |
| 41 | Shop5784003 Store |

| | |
|---|---|
| 42 | Shop5784004 Store |
| 43 | Shop5785560 Store |
| 44 | Shop5790058 Store |
| 45 | Shop5791558 Store |
| 46 | Shop5869470 Store |
| 47 | Shop5875675 Store |
| 48 | Shop5879790 Store |
| 49 | Shop5880896 Store |
| 50 | Shop5886485 Store |
| 51 | Shop5887574 Store |
| 52 | Shop5973002 Store |
| 53 | Shop65357862 Store |
| 54 | shop874962 Store |
| 55 | Shop900240096 Store |
| 56 | Shop900244053 Store |
| 57 | Shop900244400 Store |
| 58 | Shop900250444 Store |
| 59 | Shop910321241 Store |
| 60 | Shop910331286 Store |
| 61 | Shop910339375 Store |
| 62 | Shop910340221 Store |
| 63 | Shop910349100 Store |
| 64 | Shop910349202 Store |
| 65 | Shop910356416 Store |
| 66 | Shop910357126 Store |
| 67 | Shop910417028 Store |
| 68 | Shop910450230 Store |
| 69 | Shop910451145 Store |
| 70 | Shop910564263 Store |
| 71 | Shop910726068 Store |
| 72 | Shop910744167 Store |
| 73 | Shop910786001 Store |
| 74 | Shop910786023 Store |
| 75 | Shop910808003 Store |
| 76 | Shop910874008 Store |
| 77 | Shop911014067 Store |
| 78 | Shop911049180 Store |
| 79 | Shop911132133 Store |
| 80 | Shop911230002 Store |
| 81 | Shop911240112 Store |
| 82 | Shop911256403 Store |
| 83 | Shop911257233 Store |
| 84 | Shop911297209 Store |
| 85 | Shop911298019 Store |
| 86 | Shop911306114 Store |

| | |
|---|---|
| 87 | Shop911330071 Store |
| 88 | Shop911377125 Store |
| 89 | Shop911390052 Store |
| 90 | Shop911421372 Store |
| 91 | Shop911421494 Store |
| 92 | Shop911465043 Store |
| 93 | Shop911508077 Store |
| 94 | Shop911514040 Store |
| 95 | Shop911558171 Store |
| 96 | Shop911575512 Store |
| 97 | Shop911599394 Store |
| 98 | Shop911613418 Store |
| 99 | Shop911752470 Store |
| 100 | shop9891218 Store |
| 101 | ShowBest |
| 102 | showker Store |
| 103 | shuiguo825 Store |
| 105 | Sirius A13 Store |
| 106 | Sirius A2 Store |
| 107 | Sisi Customized Store |
| 108 | SMAOSEE VIP Store |
| 109 | so so Store |
| 110 | SouthFeather Store |
| 111 | Spac digital Store |
| 112 | SPLSPL Official Store |
| 113 | S-Shine Store |
| 114 | Streetwear Spot Factory Outlet Store |
| 115 | Sudada Store |
| 116 | SumParvenu Store |
| 117 | superb fun Store |
| 118 | SuperLIN01 Store |
| 119 | Superman Mobile Phone Communication |
| 120 | SuperXia01 Store |
| 121 | SuperYI Store |
| 122 | SW No.2 Factory Store Store |
| 123 | Syntecso TeeZone Store |
| 124 | TAFREE Jewels Store |
| 125 | Tamia@-@ Store |
| 126 | Taylors 925 silver jewellery Store |
| 127 | TEENA clothes Store |
| 128 | The Last Emperor Store |
| 129 | Thumbedding Store |
| 130 | tian mi 11585 Store |
| 131 | TideTheFactory Store |
| 132 | TieZhu Store |

| | |
|---|---|
| 133 | TM Store |
| 134 | To digital Store |
| 135 | Top No.01 Store |
| 136 | Touoilp Official Store |
| 137 | Trend leading Store |
| 138 | Trend T-shirt Store |
| 139 | twoheartsgirl Official Store |
| 140 | TWONEDAY XZ Phone Store |
| 141 | TYBURN01 Store |
| 142 | Uber Store |
| 143 | Unique Comforts Store |
| 144 | vankan Store |
| 145 | vava Z13 Store |
| 146 | vava Z6 Store |
| 147 | VEEVAN BAG POK |
| 148 | Very good T-shirt 194 Store |
| 149 | Vi digital Store |
| 150 | Wall Painting Art Decor Store |
| 151 | WAMNI Store |
| 152 | Warm Embrace Store |
| 153 | WarmHouse Store |
| 154 | WAY Store |
| 155 | We Pick Together Store |
| 156 | Weidunidongwo5988 Store |
| 157 | Weightless Decor Store |
| 158 | WeshowFashion Store |
| 159 | WH Light life Store |
| 160 | Williams' first Store |
| 161 | willj Store |
| 162 | Wind Blows Over Trees Store |
| 163 | Wings Girl Handmade Store |
| 164 | Winny Factory Outlet Store |
| 165 | WishShape WTee Store |
| 166 | WITLEO WISLEO Store |
| 167 | wj02 Store |
| 168 | WOCOZ Shine Gifts Store |
| 169 | Women Clothes ( Drop Shipping) Store |
| 170 | wonderfulss Store |
| 171 | World Mousepad Drop Shipping Store |
| 172 | World Workshop Tops Store |
| 173 | WUMU Store |
| 174 | Wxl Satisfied Bag Store |
| 175 | XD Decor Store |
| 176 | xian sheng puzzles Store |
| 177 | Xiangyinge Store |

| 178 | xiao bao 38 Store |
|---|---|
| 179 | xiao xin Store |
| 180 | XiaoLu Textile Store |
| 181 | xiaowang8888888 Store |
| 182 | XIEXIE Official Store |
| 183 | XIEXIE Painting Art Store |
| 184 | XiHaQI Store |
| 185 | XingXing Painting Store |
| 186 | xingyunhulu Store |
| 187 | Xrkopo Official Store |
| 188 | Xuanteng digital Store |
| 189 | XUNYU Textile Store |
| 190 | XUZHOU Store |
| 191 | Y&Z Store |
| 192 | Y,E,S Store |
| 193 | YB sanTee Store |
| 194 | YB101 Store |
| 195 | yepeiad fashion-pad Store |
| 196 | YI drill Handmade Store |
| 197 | Yi Wu Zhang Gong Imp&Exp Co.,Ltd Store |
| 198 | Yi Ye Bao Fu Store |
| 199 | yifeiler |
| 200 | yihui tendency Store |
| 201 | YIKS Store |
| 202 | YiTing03 Store |
| 203 | YL Store |
| 204 | YLSclothing Store |
| 205 | YLX-2YUE Store |
| 206 | YNX----Dream factory Store |
| 207 | yo ro zu ya Store |
| 208 | yongshang shou ji ke Store |
| 209 | you chengs Store |
| 210 | You on the Seine Store |
| 211 | Youhaken Official Store |
| 212 | YOULING Store |
| 213 | Your Diary Store |
| 214 | Your Warm Decor Store |
| 215 | Your's Life Decor Store |
| 216 | YOYOYU ART HOME DECOR JACKIE Store |
| 217 | YOYOYU ART HOME DECOR Well Life Store |
| 218 | Y's Unique Store |
| 219 | YuanMian Store |
| 220 | YuZengXiangBaby Store |
| 221 | YY77 Art Store |
| 222 | yysy1314 Store |

| | |
|---|---|
| 223 | YYT Online Store |
| 224 | Z Art Store |
| 225 | zai feng Store |
| 226 | zaifeng18 Store |
| 227 | Zakka Wishorwait for Life Museum |
| 228 | ZAY Store |
| 229 | Zdying Jewelrys Store |
| 230 | ZEEGLE 19 Store |
| 231 | ZEEGLE BL Store |
| 232 | zengxiangwei Store |
| 233 | ZGZJYWM SHION Store |
| 234 | zhangy Store |
| 235 | zhejiangshangdian Store |
| 236 | Zhenghongkai04's Store |
| 237 | Zhenghongkai05 Store |
| 238 | Zhk07 Store |
| 239 | Zhouguohen Shipping Store |
| 240 | ziasmul Official Store |
| 241 | ZIMO LIFE Store |
| 242 | ZLEYCASE Store |
| 243 | ZTX CUSTOM |
| 244 | ZUTTER Store |