IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED ) | Case No. 21-cv-6279 |
| Plaintiff, ) | |
| ) | Judge John Robert Blakey |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on August 16, 2022 [Dkt. No. 57] in favor of GRUMPY CAT LIMITED, ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Doe No.** | **Seller Name** |
|---|---|
| 108 | SMAOSEE VIP Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: June 24, 2024                          Respectfully submitted,

                                             By:     /s/ *Michael A. Hierl*
                                                       Michael A. Hierl (Bar No. 3128021)
                                                       William B. Kalbac (Bar No. 6301771)
                                                       70 W. Madison Street, Suite#4000
                                                       Chicago, Illinois 60602
                                                       Telephone: (312) 580-0100
                                                       Facsimile:  (312) 580-1994
                                                       Email: mhierl@hsplegal.com
                                                       Email: wkalbac@hsplegal.com

                                                       Attorneys for Plaintiff
                                                       GRUMPY CAT LIMITED

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 24, 2024.

                      _s/Michael A. Hierl_